1  Thomas E. Campagne, #065375
   Mary F. Lerner, #235951
2  Campagne, Campagne & Lerner
   A Professional Corporation
3  Airport Office Center
   1685 North Helm Avenue
4  Fresno, California  93727
   Telephone:  (559) 255-1637
5  Facsimile: (559) 252-9617

6  Attorneys for Defendant Alan Bailey

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                                    ) Case No. 1:14-CV-00205-LJO-BAM
   RONALD MOORE                       )
11                Plaintiff,          ) SECOND STIPULATION FOR
                                      ) EXTENSIONOF TIME FOR
12         vs.                        ) DEFENDANT ALAN BAILEY TO
                                      ) RESPOND TO COMPLAINT; FIRST
13                                    ) STIPULATION TO CONTINUE
   ALAN BAILEY; METRO UNLIMITED       ) MANDATORY SETTLEMENT
14 WIRELESS, INC., a California       ) CONFERENCE; ORDER THEREON
   corporation; MANJIT KAUR           )
15 SANGHERA dba PINEDALE LIQUOR;      )
   SARJIT SINGH SANGHERA dba          )
16 PINEDALE LIQUOR                    )
                Defendants.           )
17 ─────────────────────────────────

18 \\\

19 \\\

20 \\\

21 \\\

22 \\\

23 \\\

24 \\\

25 \\\

26 \\\

27 \\\

28

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND STIPULATION TO
CONTINUE MANDATORY SETTLEMENT CONFERENCE

1    WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), and Defendant Alan

2    Bailey, ("Defendant"), stipulated to an extension of time wherein Defendant's response to

3    the Complaint is currently due on or before May 1, 2014;

4    WHEREAS, the Mandatory Scheduling Conference is currently set for June

5    12, 2014, and the Mandatory Joint Scheduling Conference Statement must therefore be

6    filed on or before June 2, 2014;

7    WHEREAS, Defendant and Plaintiff are engaged in meaningful settlement

8    negotiations, and wish to avoid incurring additional fees and unnecessarily utilizing

9    judicial resources while Defendant obtains and shares with Plaintiff its CASp report, and

10   while Plaintiff and Defendant explore, and hopefully finalize, a settlement as between

11   them;

12   WHEREAS, defendant, Metro Unlimited Wireless, Inc. ("Metro"), does not

13   object to continuing the Mandatory Scheduling Conference;

14   NOW, THEREFORE, Plaintiff, Defendant and Metro, by and through their

15   respective counsel, hereby stipulate as follows:

16   1.    To an additional extension of time (i.e., a second extension which, in

17   total, exceeds 28 days) for Defendant Bailey to respond to the Complaint herein, through

18   and including June 2, 1014, which extension exceeds the maximum 28 days permissible

19   without leave of Court; and

20   \\\

21   \\\

22   \\\

23   \\\

24   \\\

25   \\\

26   \\\

27   \\\

28

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND STIPULATION TO
CONTINUE MANDATORY SETTLEMENT CONFERENCE

Page 2

1     2.     That the mandatory scheduling conference currently set for June 12,

2   2014 be continued to a date after July 1, 2014 at the Court's convenience.

3

4   Dated: April 25, 2014                    Campagne, Campagne & Lerner

5                                            A Professional Corporation

6
                                             By /s/ Mary F. Lerner
7                                                 Mary F. Lerner
                                             Attorney for Defendant Alan Bailey
8

9   Dated: April __, 2014                    Finnerty Law Offices, Inc.

10                                           By _____
                                                Kathleen Finnerty
11                                           Attorney for Defendant Metro Unlimited
                                             Wireless, Inc.
12

13  Dated: April 25, 2014                    Moore Law Firm, P.C.

14                                           By /s/ Tanya E. Moore
                                                Tanya E. Moore
15                                           Attorney for Plaintiff Ronald Moore

16  sg:F:\DATA\docs\Bailey, Alan\Stip(2)TimeExt-042514.docx

17

18

19

20

21

22

23

24

25

26

27

28

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND STIPULATION TO
CONTINUE MANDATORY SETTLEMENT CONFERENCE

Page 3

1

## **ORDER**

2

      The Parties having so stipulated and good cause appearing,

3

      IT IS HEREBY ORDERED that Defendant's response to the Complaint is

4

now due on or before June 2, 2014.

5

      IT IS FURTHER ORDERED that the Mandatory Scheduling Conference

6

currently set for June 12, 2014 is continued to July 1, 2014, at 8:30 AM, in Courtroom 8,

7

before United States Magistrate Judge Barbara A. McAuliffe. The Joint Scheduling

8

Conference Statement is to be filed no more than seven (7) days prior to the date of the

9

conference.

10

IT IS SO ORDERED.

11

12

Dated:  __**April 28, 2014**__           ___/s/ *Barbara A. McAuliffe*___

                                                            UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617