1  Thomas E. Campagne, #065375
   Mary F. Lerner, #235951
2  Campagne, Campagne & Lerner
   A Professional Corporation
3  Airport Office Center
   1685 North Helm Avenue
4  Fresno, California  93727
   Telephone:  (559) 255-1637
5  Facsimile: (559) 252-9617

6  Attorneys for Defendant Alan Bailey

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10                                            ) Case No. 1:14-CV-00205-LJO-BAM
   RONALD MOORE                               )
11              Plaintiff,                     ) **THIRD STIPULATION FOR**
                                              ) **EXTENSION OF TIME FOR**
12      vs.                                    ) **DEFENDANT ALAN BAILEY TO**
                                              ) **RESPOND TO COMPLAINT; ORDER**
13                                            ) **THEREON**
                                              )
14 ALAN BAILEY; METRO UNLIMITED              )
   WIRELESS, INC., a California               )
15 corporation; MANJIT KAUR                   )
   SANGHERA dba PINEDALE LIQUOR;             )
16 SARJIT SINGH SANGHERA dba                  )
   PINEDALE LIQUOR                            )
17              Defendants.                    )

18

19 \\\

20 \\\

21 \\\

22 \\\

23 \\\

24 \\\

25 \\\

26 \\\

27 \\\

28 \\\

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

THIRD STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ALAN BAILEY TO RESPOND
TO COMPLAINT; ORDER

1   WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), and Defendant Alan

2   Bailey, ("Defendant"), stipulated to an extension of time wherein Defendant's response to

3   the Complaint is currently due on or before June 2, 2014;

4   WHEREAS, Defendant and Plaintiff are still engaged in meaningful

5   settlement negotiations and actually nearing Settlement (including reviewing/revising

6   Settlement Agreement language), and wish to avoid incurring additional fees and

7   unnecessarily utilizing judicial resources while Defendant and Plaintiff finalize the

8   Settlement Agreement terms as between them;

9   WHEREAS, defendant, Metro Unlimited Wireless, Inc. ("Metro"), does not

10   object to extending the time for Bailey to respond to Plaintiff's complaint and is also in

11   meaningful settlement negotiations with Plaintiff;

12   NOW, THEREFORE, Plaintiff, Defendant and Metro, by and through their

13   respective counsel, hereby stipulate to an additional extension of time (i.e., a third

14   extension which, in total, exceeds 28 days) for Defendant Bailey to respond to the

15   Complaint herein, through and including June 20, 2014, which third extension exceeds the

16   maximum 28 days permissible without leave of Court.

17   Dated: May 28, 2014                          Campagne, Campagne & Lerner

18                                               A Professional Corporation

19

20                                               By /s/ Mary F. Lerner
                                                     Mary F. Lerner
                                                 Attorney for Defendant Alan Bailey
21

22   Dated: May 28, 2014                          Finnerty Law Offices, Inc.

23                                               By /s/ Kathleen Finnerty
                                                     Kathleen Finnerty
24                                               Attorney for Defendant Metro Unlimited
                                                 Wireless, Inc.
25

26   Dated: May 28, 2014                          Moore Law Firm, P.C.

27                                               By /s/ Tanya E. Moore
                                                     Tanya E. Moore
28                                               Attorney for Plaintiff Ronald Moore

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

THIRD STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ALAN BAILEY TO RESPOND
TO COMPLAINT; ORDER

Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendant's response to the Complaint herein is now due on or before June 20, 2014.

IT IS SO ORDERED.

Dated:   **June 2, 2014**            /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

THIRD STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ALAN BAILEY TO RESPOND
TO COMPLAINT; ORDER