1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALAN L. BAILEY, et al.,<br><br>          Defendants. | No.  1:14-cv-00205-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Alan L. Bailey and Metro Unlimited Wireless, LLC, sued herein as Metro Wireless, Inc., the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: June 26, 2014                    MOORE LAW FIRM, P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorneys for Plaintiff
                                       Ronald Moore

                                       CAMPAGNE, CAMPAGNE & LERNER

                                       */s/ Mary F. Lerner*
                                       Mary F. Lerner
                                       Attorneys for Defendant
                                       Alan L. Bailey

                                       FINNERTY LAW OFFICES, INC.

                                       */s/ Kathleen E. Finnerty*
                                       Kathleen E. Finnerty
                                       Attorneys for Defendant
                                       Metro Unlimited Wireless, LLC

///
///
///
///
///
///
///

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**SO ORDERED**
**Dated: June 26, 2014**

                                        /s/ Lawrence J. O'Neill
                                        **United States District Judge**